PELZER v. Z. L. PARMELEE & CO. (Circuit Court, S. D. California. October 30, 1899.) This is a suit in equity by William Pelzer against Z. L. Parmelee & Co. for infringement of a patent. On demurrer to bill. Graves, O'Melveny & Shankland, for plaintiff. Mulford & Pollard, for defendant.

WELLBORN, District Judge. For reasons assigned in an opinion this day filed in Pelzer v. Meyberg (C. C.; No. 865) 97 Fed. 969, the demurrer in the suit first above mentioned is sustained, and the complainant allowed 30 days to amend, if it shall be so advised.